AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
08/27/2025
Clerk, U.S. District Court
Western District of Texas

By: **FMorales**
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -04779(1) - MAT |
| | § |
| (1) JUAN ORLANDO MIRANDA-SANTA FE | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 26, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title     **8**     United States Code, Section(s)     **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following

facts: "The DEFENDANT, Juan Orlando MIRANDA-Santa Fe, an alien to the United States and a citizen of

Ecuador was found approximately 1.69 in El Paso, Texas in the Western District of Texas.  From statements

made by the DEFENDANT to the arresting

**Continued on the attached sheet and made a part of hereof.**


Sworn to before me,                                              /s/ PARGA DAVIS, MARIA I.
                                                                Signature of Complainant
                                                                Border Patrol Agent


August 27, 2025                                          at    EL PASO, Texas
Date                                                           City and State


MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE                                 Signature of Judicial Officer
                                                               **OATH TELEPHONICALLY SWORN
                                                               AT 2:00  P.M.
                                                               FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -04779(1)

WESTERN DISTRICT OF TEXAS

(1) JUAN ORLANDO MIRANDA-SANTA FE

FACTS   (CONTINUED)

agent, the DEFENDANT was determined to be a native and citizen of Ecuador, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Ecuador on #DATE OF REMOVAL# through #PLACE OF REMOVAL#.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed once , the last one being to ECUADOR on June 17, 2025, through ALEXANDRIA, LA


CRIMINAL HISTORY:
10/04/2024, New York City Police Dept, Assault in 3rd Degree with intent to cause bodily injury(M), ACC, unknown /Arrest Number K24658471.